IN THE UNITED STATES DISTRICT COURT, STATE OF ARIZONA, COUNTY OF MARICOPA

CASE NO. 3:09-CV-08185
DKD

GERALDINE M. REINIGER
vs
W.L. GORE & ASSOCIATES, INC.

AFFIDAVIT OF SERVICE

STATE OF Delaware
COUNTY OF New Castle
The undersigned being sworn, states: on the 17 day of November, 2009
I received:
SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

from Hawkins and E-Z Messenger Legal-Support Providers, LLC
for PHILLIPS & ASSOCIATES- CIVIL          Attorney(s) and in each
instance I personally served a copy of each document listed above on those
named below in the manner and at the time and place shown, hereinafter set
forth, to wit:
DEFENDANT(S) SERVED
W.L. GORE & ASSOCIATES, INC.

ADDRESS WHERE SERVED: 551 Paper Mill Rd

CITY/STATE/ZIP: Newark DE 19711

DATE SERVED: 11/17/09   TIME SERVED: 2:40 Pm   AM / (PM)

MANNER OF SERVICE
Indicate Defendant(s) served by placing an "X" in the proper box
(  ) PERSONALLY, by serving the above named individual(s)
(  ) by leaving copies at the dwelling house, or usual place of abode,
     by delivering to and leaving a true and correct copy thereof
     with a person of suitable age and descretion, residing therein
     to wit: _____
(  ) by service upon: _____
(✓) by service upon its STATUTORY AGENT: Lisa Chesswell
(  ) by service upon a CORPORATE OFFICER, NAME: _____
                                          TITLE: _____

I certify that "MILITARY STATUS" was checked and the
defendant(s) ___ ARE ___ ARE NOT in the "ACTIVE MILITARY."
   If so, what branch: _____

SUBSCRIBED AND SWORN TO BEFORE ME      Richard Torpey
18 day of November, 2009                    Affiant
MY COMMISSION EXPIRES: June 15, 2012

                                         Notary Public

1778144
7421

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2012

AX021778144