**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Pamela M. Overton, SBN 009062; overtonp@gtlaw.com
Kristine K. Campbell, SBN 021876; campbellk@gtlaw.com
Attorneys for Defendants W.L. Gore & Associates, Inc.,
an Arizona corporation; and W.L. Gore & Associates, Inc.,
a Delaware corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PRESCOTT DIVISION

| | |
|---|---|
| GERALDINE M. REINIGER and ANDREW P. REINIGER, wife and husband,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>W.L. GORE & ASSOCIATES, INC., an Arizona corporation; W.L. GORE & ASSOCIATES, INC., a Delaware corporation; GYNECARE, INC., a California corporation; ETHICON, INC., a New Jersey corporation; JOHNSON & JOHNSON, a New Jersey corporation; DOES ONE through FIFTEEN, corporation,<br><br>　　　　　　　　　Defendants. | NO. 3:09-cv-08185-DKD<br><br>**DEFENDANT W.L. GORE & ASSOCIATES, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>**(The Honorable Paul G. Rosenblatt)** |

This Corporate Disclosure Statement is filed on behalf of W.L. GORE & ASSOCIATES, INC. (check one)

☒　　Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐　　Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held

corporation that owns 10% or more of its stock or states that there is no such corporation.

☐     Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒     No such corporation.

☐     Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

☐     Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

Relationship

☐     Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 6th day of January, 2010.

Submitted and consented to by:

GREENBERG TRAURIG, LLP


By: /s/ Kristine K. Campbell
           Pamela M. Overton
           Kristine K. Campbell
           2375 East Camelback Road
           Suite 700
           Phoenix, AZ  85016

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Lori Cohen
(pro hac vice admission admitted)
Christiana Jacxsens
(pro hac vice admission admitted)
3290 Northside Parkway, Suite 400
Atlanta, GA 30327

Attorneys for Defendants W.L. Gore &
Associates, Inc., an Arizona corporation;
W.L. Gore & Associates, Inc., a
Delaware corporation

PHXv329,138,866 1

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on January 6, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Lowell W. Finson
Phillips & Associates
20 East Thomas Road, Suite 2600
Phoenix, Arizona 85012
lowellf@phillipslaw.ws
Attorney for Plaintiffs

☒   I hereby certify that on January 6, 2010, I served the attached document by U.S. Mail on the following, who are not registered participants of the CM/ECF system:

The Honorable Paul Rosenblatt
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 621
401 West Washington Street, SPC 56
Phoenix, AZ 85003-21520

Mary G. Pryor, Esq.
Cavanagh Law Firm
1850 North Central Avenue, Suite 2400
Phoenix, AZ  85004
Attorneys for Ethicon, Inc.

Anne M. Patterson
Riker Danzig Scherer Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962
Attorneys for Ethicon, Inc.

By:   /s/ Tammy Mowen