**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Geraldine M. Reiniger, et vir., | ) |
| Plaintiffs, | ) No. CV-09-8185-PCT-PGR |
| vs. | ) |
| W. L. Gore & Associates, Inc., et al., | ) ORDER |
| Defendants. | ) |

On May 19, 2010, the plaintiffs filed a Motion to Stay Discovery and Dismiss Without Prejudice (doc. #36), wherein they request that the Court enter an order pursuant to Fed.R.Civ.P. 41(a)(2) dismissing this action without prejudice and without costs. The Court finds that a court order approving the requested dismissal is neither necessary nor proper; since no answer or motion for summary judgment has been served of record by any defendant, the plaintiffs' document, properly construed as a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), automatically effected the dismissal of this action without prejudice upon being filed, leaving no role for the Court to play. Commercial Space Management Co., Inc. v. The Boeing Co., Inc., 193 F.3d 1074, 1077-78 (9th Cir.1999); American Soccer Co., Inc. v. Score First

Enterprises, a Division of Kevlar Industries, 187 F.3d 1108, 1110; Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore,

IT IS ORDERED that the Clerk of the Court shall treat Plaintiffs' Motion to Stay Discovery and Dismiss Without Prejudice (doc. #36) as a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

DATED this 1st day of June, 2010.

_____
Paul G. Rosenblatt
United States District Judge